Alan M. Klein, State Bar No. 92785
LAW OFFICE OF ALAN M. KLEIN CORP.
16311 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 986-3141
Facsimile: (818) 986-8141

Attorney for Defendant
Life and Style Fashions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> LIFE N STYLE FASHIONS, INC., a New York corporation; SECOND SKIN LLC; and DOES 1 - 10, <br><br> Defendants. | CASE NO. 2:15-CV-05733-ODW-E <br><br> NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT LIFE N STYLE FASHIONS, INC. <br><br> Date: August 29, 2016 <br> Time: 1:30 p.m. <br> Place: Courtroom 11 |

TO ALL PARTIES AND THEIR ATTORNEY SOF RECORD:

PLEASE TAKE NOTICE that on August 29, 2016, at 1:30 p.m., or as soon thereafter as this matter may be heard in the Courtroom of the Hon. Otis D. Wright II, located at 312 North Spring Street, Los Angeles, California 90012, Alan M. Klein of the Law Office of Alan M. Klein Corp. ("Alan M. Klein") will move to be relieved as the attorney of record for defendant Life N Style Fashions, Inc. ("Life and Style") in this action pursuant to Local Rule 83-2.3.3 of the United States District Court for the Central District of California and Rule 1.16(b) of the ABA Model Rules of Professional Conduct.

---

NOTICE OF MOTION TO WITHDRAW AS COUNSEL

This motion is based upon (1) the failure of Life and Style to respond to requests made of it by its counsel, (2) the failure of Life and Style to pay for representation provided to it in this action and in other matters, and (3) a breakdown in the attorney-client relationship.

Dated: July 20, 2016                    LAW OFFICE OF ALAN M. KLEIN

/s/ *Alan M. Klein*

Attorney for Defendant
Life and Style Fashions, Inc.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action and a member of the bar of this court. My business address is 16311 Ventura Blvd., Suite 1200, Encino, California 91436.

I hereby declare that on July 20, 2016, a copy of the foregoing document was filed with the United States District Court for the Central District of California in accordance with its Electronic Case Filing (ECF) procedures and served upon the attorneys of record for the parties to this action through ECF via e-mail through ECF to:

Stephen M. Doniger, Esq.  Attorneys for United Fabrics
Scott A. Burroughs, Esq.  International, Inc.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291

I also, on said date, mailed a copy of the foregoing document, by first class mail, with postage pre-paid, addressed to:

Sunny Kakar, Vice President
Life N Style Fashions, Inc.
1400 Broadway, Suite 815
New York NY 10018

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed this 20th day of July, 2016, at Los Angeles, California.

/s/ Alan M. Klein
Alan M. Klein

---