Alan M. Klein, State Bar No. 92785
LAW OFFICE OF ALAN M. KLEIN CORP.
16311 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 986-3141
Facsimile: (818) 986-8141

Attorney for Defendant Life and Style Fashions, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC. a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE N STYLE FASHIONS, INC., a New York Corporation; SECOND SKIN LLC; and DOES 1 through 10,<br><br>Defendant. | Case No. 2:15-CV-5733-ODW-E<br><br>**DECLARATION OF WENDI OPPER UZAR IN SUPPORT OF ALAN M. KLEIN'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT LIFE AND STYLE FASHIONS, INC.**<br><br>Judge: Hon. Otis D. Wright II<br>Room: 11<br>Date: August 29, 2016<br>Time: 1:30 p.m. |

I, Wendi Opper Uzar, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of New York and the State of New Jersey. I am further admitted to practice before the District Court of New Jersey and the Southern and Eastern District Courts of New York. I am an associate at Miskin & Tsui-Yip LLP ("Miskin & Tsui-Yip"), a New York law firm, that represented defendant Life and Style Fashions, Inc. ("Life and Style") in its intellectual property matters. I have personal and firsthand

DECLARATION OF WENDI OPPER UZAR IN SUPPORT OF ALAN M. KLEIN'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT LIFE AND STYLE FASHIONS, INC.
1

1 knowledge of the matters set forth in this declaration and, if called and sworn as a
2 witness, I could and would testify competently thereto under oath.
3     2. On May 5, 2016, I spoke to Sunny Kakar, Vice President of Life and
4 Style and he acknowledged and verified that Life and Style's address is 1400
5 Broadway, Suite 815, New York, NY 10018 and phone number is 212-629-7315. I
6 again confirmed the information on July 15, 2016.
7     I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2016
New York, New York

*/s/ Wendi Opper Uzar*
WENDI OPPER UZAR

DECLARATION OF WENDI OPPER UZAR IN SUPPORT OF ALAN M. KLEIN'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT LIFE AND STYLE FASHIONS, INC.
2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action and a member of the bar of this court. My business address is 16311 Ventura Blvd., Suite 1200, Encino, California 91436.

I hereby declare that on July 20, 2016, a copy of the foregoing document was filed with the United States District Court for the Central District of California in accordance with its Electronic Case Filing (ECF) procedures and served upon the attorneys of record for the parties to this action through ECF via e-mail through ECF to:

| | |
|---|---|
| Stephen M. Doniger, Esq.<br>Scott A. Burroughs, Esq.<br>Trevor W. Barrett, Esq.<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, California 90291 | Attorneys for United Fabrics International, Inc. |

I also, on said date, mailed a copy of the foregoing document, by first class mail, with postage pre-paid, addressed to:

Sunny Kakar, Vice President
Life N Style Fashions, Inc.
1400 Broadway, Suite 815
New York NY 10018

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed this 20th day of July, 2016, at Los Angeles, California.

/s/ *Alan M. Klein*
Alan M. Klein

PROOF OF SERVICE