# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE N STYLE FASHIONS, INC., a New York corporation; SECOND SKIN LLC; and DOES 1 - 10,<br><br>　　　　　Defendants. | CASE NO.  2:15-CV-05733-ODW-E<br><br>[Proposed] ORDER GRANTING MOTION OF ALAN M. KLEIN TO WITHDRAW AS COUNSEL FOR DEFENDANT LIFE N STYLE FASHIONS, INC. |

　　　The Court, having considered all papers filed in support of Alan M. Klein's Motion to Withdraw as Counsel for Defendant Life N Style Fashions, Inc., and any opposition thereto, and good cause appearing,

　　　IT IS HEREBY ORDERED that the Motion is Granted.

　　　IT IS FURTHER ORDERED that Alan M. Klein of the Law Office of Alan M. Klein Corp. be removed from the Court's service list with respect to all matters to this case number.

___

1     IT IS FURTHER ORDERED that Alan M. Klein serve a copy of this Order on Life N Style Fashions, Inc. by first class mail at its last know address and file proof of service with this Court.

4     IT IS FURTHER ORDERED that the address and telephone number for Life N Style Fashions, Inc. for all future documents to be served in this action shall be 1400 Broadway, Suite 815, New York, NY 10018, until changed by appropriate notice or substitution of attorney.

8     IT IS FURTHER ORDERED that Life N Style Fashions, Inc. Is notified that since it is a corporation, it cannot appear without counsel, and serious consequences may result to it if it fails to timely obtain counsel.

11     IT IS FURTHER ORDERED that Life N Style Fashions, Inc. is notified that it may obtain its files in this action from the office of Miskin & Tsui-Yip, LLP, located at 1350 Broadway, Suite 802, New York, NY 10018, or Law Office of Alan M. Klein Corp., 16311 Ventura Boulevard, Suite 1200, Encino, CA 91436.

Dated: _____       _____
                                                 Hon. Otis D. Wright
                                         United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action and a member of the bar of this court. My business address is 16311 Ventura Blvd., Suite 1200, Encino, California 91436.

I hereby declare that on July 20, 2016, a copy of the foregoing document was filed with the United States District Court for the Central District of California in accordance with its Electronic Case Filing (ECF) procedures and served upon the attorneys of record for the parties to this action through ECF via e-mail through ECF to:

| | |
|---|---|
| Stephen M. Doniger, Esq. | Attorneys for United Fabrics |
| Scott A. Burroughs, Esq. | International, Inc. |
| Trevor W. Barrett, Esq. | |
| DONIGER / BURROUGHS | |
| 603 Rose Avenue | |
| Venice, California 90291 | |

I also, on said date, mailed a copy of the foregoing document, by first class mail, with postage pre-paid, addressed to:

Sunny Kakar, Vice President
Life N Style Fashions, Inc.
1400 Broadway, Suite 815
New York NY 10018

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed this 20th day of July, 2016, at Los Angeles, California.

/s/ *Alan M. Klein*
Alan M. Klein

---

[Proposed] ORDER GRANTING MOTION OF ALAN M. KLEIN TO WITHDRAW AS COUNSEL
-3-